UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re

53 STANHOPE LLC, et al.,[1]

                              Debtors.

**ORDER**

No. 21-CV-5177 (CS)
No. 21-CV-2807 (CS)

-------------------------------------------------------------------------x
BROOLKLYN LENDER LLC,

                              Appellant,

   – against –

D & W REAL ESTATE SPRING LLC, *et al.*,

                              Appellees.
-------------------------------------------------------------------------x

Seibel, J.

For the reasons stated on the record at the telephone conference held today, Appellant's Emergency Motion to Stay the D&W Confirmation Order Pending Appeal of the Disallowance Order and the D&W Confirmation Order and (ii) an Expedited Briefing Schedule (Doc. 4) in No. 21-CV-5177 is DENIED. The Clerk of Court is respectfully directed to terminate Docs. 4, 6, and 7.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 53 Stanhope LLC (4645); 55 Stanhope LLC (4070); 119 Rogers LLC (1877); 127 Rogers LLC (3901); 325 Franklin LLC (5913); 618 Lafayette LLC (5851); C & YSW, LLC (2474); Natzliach LLC (8821); 92 South 4th St LLC (2570); 834 Metropolitan Avenue LLC (7514); 1125-1133 Greene Ave LLC (0095); APC Holding 1 LLC (0290); D & W Real Estate Spring LLC (4591); Meserole and Lorimer LLC (8197); 106 Kingston LLC (2673); Eighteen Homes LLC (8947); 1213 Jefferson LLC (4704); 167 Hart LLC (1155).

1

Appellant's brief in No. 21-CV-5177 is due July 7, 2021. Appellees' opposition in both No. 21-CV-5177 and No. 21-CV-2807, filed as one brief, is due July 21, 2021. Appellant's reply in both cases, also filed as one brief, is due August 4, 2021.

**SO ORDERED.**

Dated: June 23, 2021
      White Plains, New York

                                                                  CATHY SEIBEL, U.S.D.J.