UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

53 STANHOPE LLC, et al.,

                      Debtors.
------------------------------------------------------------X
BROOKLYN LENDER LLC,

                      Appellant,                      21 **CIVIL** 5177 (CS)

        -against-

D & W REAL ESTATE SPRING LLC and
MESEROLE AND LORIMER LLC,

                      Appellees.
------------------------------------------------------------X
BROOKLYN LENDER LLC,

                      Appellant,

        -against-                                    21 **CIVIL** 2807 (CS)
                                                          21 **CIVIL** 5867 (CS)
                                                           **<u>JUDGMENT</u>**

53 STANHOPE LLC,

                      Appellee.
------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 1, 2022, Brooklyn Lender's appeals are DENIED as equitably moot; accordingly, the cases are closed.

**Dated:**  New York, New York
          August 1, 2022

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                                **BY:**    *K. Mango*

                                                                        **Deputy Clerk**